**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: May 27, 2011**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROOKWOOD CORPORATION | : | Case No. 11-12756 |
| | : | |
| Debtor. | : | Judge Jeffery P. Hopkins |

_____

### ORDER FOR RELIEF

On consideration of the petition filed on May 4, 2011 against the above-named Debtor, it appearing that no response has been filed, an order for relief under Chapter 11 of the Bankruptcy Code (title 11 of the United States Code) is granted.

It is further ordered that pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(2), the Debtor shall file, within seven days after the entry of this Order for Relief, a list containing the name and address of each entity included or to be included on Schedules D, E, F, G, and H as prescribed by the Official Forms.

Submitted by:

/s/ Reuel D. Ash
Reuel D. Ash (0055843)
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5118
Fax: (513) 698-5118
rash@ulmer.com
*Counsel for Petitioning Creditors*

Copies to: Default List, and The Rookwood Corporation, c/o Chip DeMois, President and CEO, 1920 Race Street, Cincinnati, Ohio 45202

###