**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: July 01, 2011**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In Re | : | |
| | : | |
| **THE ROOKWOOD CORPORATION** | : | Case No. 11-12756 |
| | : | Chapter 11 |
| | : | Judge Hopkins |
| Debtor | : | |

### ORDER APPOINTING CHAPTER 11 TRUSTEE

The Court held a July 1, 2011 hearing on the motion of the United States Trustee for the appointment of a chapter 11 trustee or, alternatively, dismissal. See Doc. 14. For the reasons stated by the Court at the close of the hearing, the Court **ORDERS** as follows:

(1) The United States Trustee shall attempt to appoint a chapter 11 trustee in this case;

(2) If the United States Trustee is unable to appoint a chapter 11 trustee, the United States Trustee shall file a notice to that effect and the case will be dismissed;

(3) If a chapter 11 trustee is appointed, a continued hearing on the motion to dismiss

is hereby scheduled for **August 9, 2011, at 10:00 a.m.**

Copies to:

Default List

###