# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

In re

**THE ROOKWOOD CORP.**

Debtor.

Case no. 11-12756
Chapter 11
Judge Hopkins

## NOTICE OF INABILITY TO APPOINT CHAPTER 11 TRUSTEE

Pursuant to the Order regarding appointment of a Chapter 11 Trustee entered by this Court on July 1, 2011, Daniel M. McDermott, United States Trustee for Region 9, hereby files this notice that he is unable to appoint a chapter 11 Trustee in this case. The Office of the United States Trustee contacted 4 individuals, comprising of three chapter 7 panel trustees and one non-panel trustee.

Based on the Order entered by this Court on July 1, 2011, the case should be dismissed.

Respectfully Submitted,

Dated: July 11, 2011

Daniel M. McDermott
United States Trustee, Region 9

By: /s/ Monica V. Kindt
Monica V. Kindt (#0073085)
Assistant U.S. Trustee
United States Department of Justice
Office of the United States Trustee
36 East Seventh Street, Suite 2030
Cincinnati, Ohio 45202
(513) 684-6988 x226
Fax (513) 684-6994
Monica.kindt@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, a copy of the foregoing Notice of Inability to Appoint Chapter 11 Trustee was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court:

- Reuel D. Ash    rash@ulmer.com
- Timothy J Hurley    hurley@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com

By regular mail:

The Rookwood Corporation
1920 Race Street
Cincinnati Ohio 45202

Earle J. Maiman
5959 Cherokee Drive
Cincinnati, OH 45243

By:    /s/ Monica V. Kindt
          Monica V. Kindt