**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: July 18, 2011**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In Re | : | |
| | : | |
| **THE ROOKWOOD CORPORATION** | : | Case No. 11-12756 |
| | : | Chapter 11 |
| | : | Judge Hopkins |
| Debtor | : | |

**ORDER DISMISSING CASE**

Before the Court is the United States Trustee's motion for dismissal or the appointment of a chapter 11 trustee. See Doc. 14.

Following a July 1, 2011 hearing, the Court entered an order directing the United States Trustee to attempt to appoint a chapter 11 trustee. See Doc. 28. The Court's order also provided: "If the United States Trustee is unable to appoint a chapter 11 trustee, the United States Trustee shall file a notice to that effect and the case will be dismissed."

The United States Trustee has now filed a notice of inability to appoint a chapter 11 trustee. See Doc. 34.

Accordingly, pursuant to the Court's prior ruling, this case is **DISMISSED**.

TINC LLC filed a response to the United States Trustee's notice, asking the Court to retain jurisdiction subsequent to dismissal over any issue of sanctions that may arise. Pursuant to this request, the Court hereby reserves jurisdiction over any sanctions motion that TINC LLC may choose to file.

Copies to:

Default List

###